JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | SACV 13-0861-DOC(RNBx) | Date   August 12, 2014 |
| Title | THOMAS A. SEAMAN -V- FAZIO, RYNSKY & ASSOCIATES, LLP, ETC., ET AL. | |

Present: The Honorable   DAVID O. CARTER

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | No Appearance |

Proceedings:   (IN CHAMBERS)   ORDER DISMISSING CASE

☐   Case previously closed in error.  Make JS-5.

☒   Case should have been closed on entry dated 5/8/14.

☐   Case settled but may be reopened if settlement is not consummated within days. Make JS-6.

☐   Other:

                                                                                        _____ : 00

                                                                        Initials of Preparer   jcb